UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-10627-RWZ

CAPT. JOSEPH J. O'CONNELL COMPANY, INC.

v.

M/V WHITE TRASH, *et al.*

ORDER

June 26, 2019

.

ZOBEL, S. D.J.

On April 3, 2019, plaintiff filed a complaint against M/V White Trash, *in rem*, and Linda Veronneau and Robert Veronneau, *in personam*.[1] On April 4, 2019, the court allowed plaintiff's motions to arrest the vessel, to appoint a substitute custodian, and for service by publication. Docket ## 9, 10, 11.

On May 29, 2019, the Clerk entered default as to M/V White Trash. Docket # 17. Plaintiff now requests notice of default against "all other persons, entities or parties," except for Robert Veronneau, who filed a verified statement of right or interest pursuant to Rule C(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Docket # 18.

Because the court is satisfied that plaintiff's publication complied with the

---

[1] On June 25, 2019, plaintiff filed a stipulation of dismissal as to Linda Veronneau. Docket # 20.

requirements of Supplemental Rule C(4) and no other claim has been filed within the prescribed time period, default shall so enter.  Moreover, plaintiff's motion for default judgment against the vessel in the amount of $34,837.36 (Docket # 19), to which Robert Veronneau assents, is allowed.

| | |
|---|---|
| June 26, 2019 | /s/ Rya W. Zobel |
| DATE | RYA W. ZOBEL<br>SENIOR UNITED STATES DISTRICT JUDGE |